IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS LYNCH, | ) | Case No. 4:06CV3023 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REASSIGNMENT ORDER** |
| v. | ) | |
| | ) | |
| AQUILA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

A request has been received for random reassignment of this case to a United States District Judge.  Accordingly,

IT IS ORDERED that this case is reassigned to United States District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 2nd day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court