IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS LYNCH, | ) |
| | ) |
| Plaintiff, | )   4:06CV3023 |
| | ) |
| v. | ) |
| | ) |
| AQUILA, INC., | )   ORDER |
| | ) |
| Defendant. | ) |

The parties have advised the court by letter that this case should be removed from accelerated progression.

IT THEREFORE HEREBY IS ORDERED,

1. The prior order setting this case on an accelerated schedule, filing 6, is withdrawn.

2. The clerk shall send the normal scheduling letter to counsel forthwith.

DATED this 3rd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge