IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3023 |
| | ) | |
| v. | ) | |
| | ) | |
| AQUILA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by March 23, 2006, file their Report of Parties' Planning Conference.

DATED March 6, 2006.

                                                        /s/ *David L. Piester*
                                                        United States Magistrate Judge