IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS LYNCH, ) | |
| ) | |
| Plaintiff, ) | 4:06CV3023 |
| ) | |
| v. ) | |
| ) | |
| AQUILA, INC., ) | ORDER |
| ) | |
| Defendant. ) | |

IT IS ORDERED:

The motion of Nicole B. Theophilus to withdraw as counsel of record for the defendant, filing 18, is granted.

DATED this 6th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge