IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3023 |
| | ) | |
| v. | ) | |
| | ) | |
| AQUILA, INC. | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant filed a motion for a two-week extension of the deadline to respond to Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Production of Documents, filing 32. The defendant had previously filed a motion for a thirty-day extension of the discovery response deadline, filing 30. The defendant has orally advised the court that the plaintiff does not oppose the motion requesting a two-week extension.

IT THEREFORE HEREBY IS ORDERED:

1. Defendant's Motion For Extension of Time, filing 32, is granted. Defendant's responses to Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Production of Documents shall be served on or before July 7, 2006.

2. Defendant's Motion for Extension of Time, filing 30, is denied as moot.

Dated this 23rd day of June, 2006.

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge