IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3023 |
| | ) | |
| v. | ) | |
| | ) | |
| AQUILA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Pending before me is the defendant's Motion to Extend Deadline to Disclose Expert Witnesses and Deadline for Completion of Depositions, filing 46. The defendant requests an additional fourteen days for disclosure of experts and an additional seven days for completion of the depositions. The plaintiff objects to defendant's motion. Filing 47.

The continuances requested by the defendant will not delay either the pretrial conference date of October 25, 2006, or the trial date of November 6-7, 2006. I further conclude that the requested continuance will further the goal of resolving this case upon a complete and adequate presentation of the facts, without prejudicing the plaintiff's trial preparation.

IT THEREFORE HEREBY IS ORDERED:

1. The defendant's motion for continuance, filing 46, is granted.

2. The defendant's deadline for disclosing expert witnesses is continued to September 25, 2006.

3. The deadline for completion of depositions is continued to October 18, 2006, and all case progression deadlines based on the deposition deadline are adjusted accordingly.

4. All other deadlines of the court's progression order, filing 36, remain in effect.

DATED this 11th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge