```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| THOMAS LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3023 |
| | ) | |
| v. | ) | |
| | ) | |
| AQUILA, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 64 from the public docket sheet and file it as a sealed pleading pursuant to the E-Government Act.

DATED this 20th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge