IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS LYNCH, | ) | |
| Plaintiff, | ) | 4:06CV3023 |
| v. | ) | |
| AQUILA, INC., | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to file a summary judgment motion out of time, filing 75, is denied.

DATED this 5th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge