IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS LYNCH, | Case No. 4:06cv3023 |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL** |
| AQUILA, Inc., | |
| Defendant(s). | |

Plaintiff and Defendant, through respective counsel of record, move the Court to enter a Judgment of Dismissal in the above proceeding, with each side paying their own attorney's fees and costs. In support thereof, the parties represent to the Court that the case in controversy has been resolved.

THOMAS LYNCH, Plaintiff

_____
Paul D. Boross #20878
941 "O" Street, #708
Lincoln, NE 68508
(402) 474-6100
Attorney for Plaintiff

AQUILA, Inc., Defendant

_____
Jeffrey D. Hanslick, Atty.
Blackwell Sanders Peper Martin, LLC
4801 Main Street, Ste. 1000
Kansas City, MO 64112

## CERTIFICATE OF SERVICE

I certify that on or before December 18, 2006, I electronically filed the foregoing with the Clerk of Court using the cm/ecf system which sent notification of such filing to Paul D. Boross.

_____
Jeffrey D. Hanslick