IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3023 |
| | ) | |
| v. | ) | |
| | ) | |
| AQUILA, INC., | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The stipulation of the parties for dismissal, filing 88, is approved and this action is dismissed, each party to pay their own attorney's fees and costs.

DATED this 19th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge